# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:09-cv-00368-W

| | |
|---|---|
| SHEILA ROSE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NOVANT MEDICAL GROUP, INC. f/k/a )<br>PRESBYTERIAN REGIONAL )<br>HEALTHCARE CORP., MARIDEE HART, )<br>KATHRYN GOODE, JOANNA HOLDER, )<br>and MIRIAM GILLIAM, )<br>)<br>Defendants. )<br>) | NOTICE |

THIS MATTER is before the Court *sua sponte* following the filing of Defendants' Motion to Dismiss (Doc. No. 12) pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, wherein Defendants have moved the Court to dismiss the Complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

In accordance with Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that she has a right to respond to Defendants' Motion to Dismiss and indeed carries a burden in showing that subject matter jurisdiction exists. Plaintiff may file a response brief in accordance with the Court's standing orders by **Friday, December 11, 2009.**

The Court also advises Plaintiff that her failure to respond may result in Defendants being granted the relief they seek, that is, the dismissal of the Complaint.

The Clerk is directed to send a copy of this Notice to Plaintiff at 407 Lambeth Drive, Apt. #10, Charlotte, North Carolina, 28213, which is her address of record, and to counsel for Defendants.

Signed: November 24, 2009

Frank D. Whitney
United States District Judge