# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Sheila Rose ,

    Plaintiff(s),

vs.

NOVANT MEDICAL GROUP, INC. F/k/a, PRESBYTERIAN REGIONAL HEALTHCARE CORP., MARIDEE HART, KATHRYN GOODE, JOANNA HOLDER, and MIRIAM GILLIAM,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09-cv-368

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 13, 2010 Order.

Signed: January 13, 2010

Frank G. Johns, Clerk
United States District Court